# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00494

JDK LLC, a Colorado limited liability company,
DEBORAH KOLASSA, JERRY KOLASSA, and
S. MARK SPOONE,

Plaintiffs

vs.

RONALD K. HODGE, GREGG K. HODGE,
PAUL A. TALBOT, THOMAS J. GILHOOLY,
FRANK O. HOFMEISTER, JAMES E. SYLVESTER,
MAX 1 FINANCIAL LLC, a Colorado limited liability company
and BROOKE TALBOT,

Defendants.

---

## PLAINTIFFS' MOTION FOR SUBTITUTED SERVICE OR
## SERVICE OF PROCESS BY U.S. MARSHAL

---

Pursuant to Col. R. Civ. P. 4(f)(2) and Fed. R. Civ. P. 4(c)(3), the Plaintiffs, JDK LLC, Deborah Kolassa, Jerry Kolassa and S. Mark Spoone, by and through their attorneys, Brown & Kannady, LLC, hereby request that the Court either (i) order substituted service by mail to the full-time Colorado residence of the Defendants, Paul A. Talbot and Brooke Talbot, or (ii) should the Court deem it appropriate as an interim step, order that service of the Complaint and Summons be made by the U.S. Marshals Service. In support of their request, Plaintiffs state as follows:

Plaintiffs have hired two different process servers to attempt service on Defendants Paul and Brooke Talbot at what is known to be their current full-time residence, 5335 North Mesa Drive, Castle Rock, Colorado 80108, as well as a local business owned by the Talbots, Oblio's Cap Hill Tavern, 1225 Logan St., Denver, CO 80203. As these process servers have attested:

"This [residential address] is a gated residence with keypad access only and a camera on the gate.  The gate is at the end of the driveway. The driveway is approximately 500 feet long and turns into a circular drive in front of the residence. There were lights on inside and outside and the process server could see a television on inside the residence.  There was a black sports utility vehicle in the circular drive.  There is no way to contact anyone inside and the process server was unable to gain access to the residence."

\* \* \*

"Secured gate to house.  Knocked for 45 min. I saw a dog and a person through glazed windows. The neighbor saw me knocking and said subject gone for 3 weeks. A keeper is in the house."

\* \* \*

At Oblio's Cap Hill Tavern, the Manager, Randall James, twice refused to accept service on behalf of the Talbots, stating that "the Talbots rarely come into the Tavern and it is not Tavern business."

(See Affidavits of Marcie F. Simonton, Alex Jurim and Pushpaka Ranasinghe, attached as Exhibit 1).

In addition, despite negotiating the potential settlement of the instant action through California Counsel, Lawrence Horwitz, who represents a related publicly-traded entity, General Payment Systems, Inc. (of which, upon information and belief, Mr. Talbot is now a Board Member), Paul and Brooke Talbot have refused to respond to communications sent by Plaintiffs' counsel to e-mail addresses for both Defendants which are known to be current.  None of these e-mail communications were returned as undeliverable, and Mr. Talbot in fact has communicated with the Plaintiffs, both directly and indirectly, as recently as May 2015 through this same e-mail address.  (Affidavit of David J. Meretta, attached as Exhibit 2).  Furthermore, despite authorizing Attorney Horwitz to engage in settlement negotiations on their behalf, the Talbots have rejected efforts by Attorney Horwitz to arrange for their voluntary acceptance of service of process. (Exhibit 2).

It should be noted that this is not the first case in which the Talbots have attempted to avoid service of process.  (See Verified Motion for Publication of Summons, *FC Acceptance Co., LLC*

*v. Brooke Talbot et al,* Douglas County District Court Civil Action No. 14-cv-30964, attached as Exhibit 3, noting unsuccessful attempts at personal service due to the Talbot's residence being gated and asserting that Brooke Talbot had willfully avoided service of process by means of deceit and deception).

As demonstrated through the attached Affidavits, the Plaintiffs have used due diligence to attempt personal service of the Talbots.  Further attempts to obtain service under Col. R. Civ. P. 4(e) would be to no avail.  The Plaintiffs note in this regard that it is unclear, given that the Talbot's residence is gated, whether a U.S. Marshal would be any more likely to successfully serve the Defendants in person than the private process servers employed by the Plaintiffs and other litigants. The requested substituted service is reasonably calculated to give actual notice to the Talbots, the parties upon whom service is to be effective.  (Exhibit 2).

Good cause having been shown, the Plaintiffs respectfully submit that substituted service by mail to the Talbot's residence (or, alternatively, an order that service be made by the U.S. Marshals Service) is warranted, in order to move this case along.

WHEREFORE, the Plaintiffs respectfully request that the Court either (i) order substituted service by mail to the full-time Colorado residence of the Defendants, Paul A. Talbot and Brooke Talbot, 5335 North Mesa Drive, Castle Rock, Colorado 80108, or (ii) order that service of the Summons and Complaint be made by the U.S. Marshals Service at the Talbot's residence.  Should the Court deem it appropriate, as an additional measure, the Plaintiffs would be happy to effectuate service of process upon the Talbots by electronic mail at the service addresses listed below.

Respectfully submitted this 12th day of May 2015.

BROWN & KANNADY, LLC

**/s/ David J. Meretta**
Scott T. Kannady, No. 29995
David J. Meretta, No. 44409
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com
E-mail: dmeretta@gmail.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, a true and correct copy of the foregoing was served using the USDC/ECF electronic case filing system upon the following counsel who has appeared in this action:

Kieran R. McCarthy - Kieran.McCarthy@gmail.com

I further certify that on May 12, 2015, a true and correct copy of the foregoing was served by first class mail and electronic mail upon the following Defendants:

| | | |
|---|---|---|
| Ronald K. Hodge | Gregg K. Hodge | Paul A. Talbot |
| General Payment Systems, Inc. | 62 Audrey Circle | Brooke Talbot |
| 15375 Barranca Pkwy, Ste. C102 | Breckenridge, CO 80424 | Max 1 Financial, LLC |
| Irvine, CA 92618 | gregg@ezcardandkiosk.com | 5335 Mesa Drive |
| ron@ezcardandkiosk.com | | Castle Rock, CO 80108 |
| | | ptalbotcorp@yahoo.com |
| | | brookeyunk@yahoo.com |
| | | brooklynn.talbot@yahoo.com |

By: s/ Karin West
Karin West
Brown & Kannady, LLC

4