# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00494-PAB-NYW

JDK LLC, a Colorado limited liability company,
DEBORAH KOLASSA,
JERRY KOLASSA, and
S. MARK SPOONE,

      Plaintiffs,

v.

PAUL A. TALBOT,
MAX 1 FINANCIAL LLC, a Colorado limited liability company, and
BROOKE TALBOT,

      Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action is before the court on the Joint Motion to Amend Scheduling Order [#118, filed March 17, 2016], which was referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), the Order of Reference dated May 14, 2015 [#41], and the Memorandum dated March 18, 2016 [#119]. In the Joint Motion to Amend Scheduling Order, the Parties seek a discovery deadline of March 28, 2016. [#118].

      This court entered a Scheduling Order in this action on July 2, 2015. [#65]. In that Scheduling Order, the close of discovery was set for January 8, 2016; the deadline for filing dispositive motions was set for February 8, 2016; and the Final Pretrial Conference was set for April 8, 2016 at 10:00 a.m. [*Id.* at 7]. The Parties seek only to extend the deadline to complete discovery until March 28, 2016, but do not seek an extension of the deadline for the filing of dispositive motions or the Final Pretrial Conference in this matter.

      Accordingly, **IT IS ORDERED** that:

(1)     The Joint Motion to Amend Scheduling Order [#118] is **GRANTED**;
(2)     The deadline for completing discovery in this action is **EXTENDED** up to and including **March 28, 2016**;

      (3)    All other deadlines **REMAIN SET**, including the **Final Pretrial Conference current set for April 8, 2016 and the deadline for filing a proposed Final Pretrial Order**; and

      (4)    To the extent that the Parties seek an extension of time for the filing of dispositive motions and/or to re-set the Final Pretrial Conference; they will file an appropriate motion reflecting good cause for such extensions.

DATED: March 22, 2016