IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00494-PAB-NYW | Date: | April 8, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| S. MARK SPOONE, | *David James Meretta* |
| **Plaintiff,** | |
| v. | |
| PAUL A. TALBOT, | *Reid John Allred* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

Court in Session: 10:05 a.m.

Appearance of counsel.

Discussion and argument held regarding Plaintiff's Motion to Reconsider 3/30/2016 Minute Order Denying Motion to Amend Scheduling Order and to Compel Deposition of Paul A. Talbot [129] filed April 6, 2016. Mr. Allred tenders three exhibits to the court, which are attached to these minutes.

**ORDERED: Plaintiff's Motion to Reconsider 3/30/2016 Minute Order Denying Motion to Amend Scheduling Order and to Compel Deposition of Paul A. Talbot [129] is TAKEN UNDER ADVISEMENT.**

Parties review the proposed Final Pretrial Order [128] filed April 1, 2016.

Plaintiff's requests to add five witnesses to the witness list.

**ORDERED: Plaintiff shall file a supplement regarding the five witnesses no later than April 8, 2015, so they may be included in the Final Pretrial Order entered by the court.**

Discussion held regarding issue surrounding Mr. Spoone's standing in this case. The court will include the information in the Special Issues section of the Final Pretrial Order.

**ORDERED: The Final Pretrial Order [128] is approved and filed with the corrections made of record**.

A three-day jury trial is set to commence on *October 17, 2016* at 8:00 a.m. before the Honorable Philip A. Brimmer, with a Trial Preparation Conference on *October 7, 2016* at 1:30 p.m., separate order to issue.

Court in Recess: 10:34 a.m.          Hearing concluded.          Total time in court: 00:29

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.